[No. 12345–9–I.   Division One.   March 19, 1984.]

TRANSAMERICA TITLE INSURANCE COMPANY, *Respondent,* v. CYRIL C. JOHNSON, ET AL, *Defendants,* JOHNSON AND SONS BUILDERS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–03591–4, Frank D. Howard, J., entered February 24, 1982. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Durham, C.J., and Corbett, J.

[No. 12349–1–I.   Division One.   March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DWIGHT DOUGLAS SMISSAERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01791–4, Frank J. Eberharter, J., entered October 5, 1982. *Dismissed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Callow, J.

[No. 12441–2–I.   Division One.   March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN CRENSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02920–0, Robert E. Dixon, J., entered November 4, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Williams, J.